

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Manuel Carrasco-Flores a/k/a Nelson Flores-Carrasco, | § | No. 08-13-00231-CR |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 362nd District Court |
| | § | |
| The State of Texas, | § | of Denton County, Texas |
| | § | |
| State. | § | (TC# F-2012-2660-D) |

**O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **November 18, 2013.**  NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Teresa S. Ward, Court Reporter for the 362nd District Court, for Denton County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **November 18, 2013.**

IT IS SO ORDERED this 23rd day of October, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.